**Noberto S. SANTOS, Appellant,**

v.

**MERIT SYSTEMS PROTECTION BOARD, et al., Appellees.**

No. 01–5195.

United States Court of Appeals, District of Columbia Circuit.

Sept. 12, 2001.

Rehearing Denied Jan. 14, 2002.

Before GINSBURG, Chief Judge; WILLIAMS and SENTELLE, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 12, 2001, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.